# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN SILVER,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>CITY OF RENO, et al.,<br><br>　　　Defendant(s). | Case No. 3:24-cv-00315-MMD-CSD<br><br>**Order**<br><br>[Docket No. 12] |

　　　Pending before the Court is a stipulation to continue the early neutral evaluation. Docket No. 12. Early neutral evaluations are meant to take place within 90 days of a defendant's first appearance. *See* Local Rule 16-6(d). Defendants filed their answer on August 12, 2024, Docket No. 6, so the outer deadline for the early neutral evaluation is November 12, 2024. The stipulation does not provide any dates during that timeframe and provides no justification for holding the early neutral evaluation outside the typical period. *See* Docket No. 12. Accordingly, the stipulation is DENIED without prejudice.

　　　IT IS SO ORDERED.

　　　Dated: August 23, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1