# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN SILVER,<br>    Plaintiff(s),<br>v.<br>CITY OF RENO, et al.,<br>    Defendant(s). | Case No. 3:24-cv-00315-MMD-CSD<br>**Order**<br>[Docket No. 14] |

Pending before the Court is a stipulation to continue the early neutral evaluation, Docket No. 14, which is GRANTED. The early neutral evaluation is CONTINUED to 1:30 p.m. on October 1, 2024. Evaluation statements must be submitted to the undersigned's box in the Clerk's Office by 3:00 p.m. on September 24, 2024. All other requirements set forth in the order at Docket No. 9 continue to apply.

IT IS SO ORDERED.

Dated: August 28, 2024

Nancy J. Koppe
United States Magistrate Judge

1