**UNITED STATES DISTRICT COURT**

**IN AND FOR THE STATE OF NEVADA**

| | |
|---|---|
| JOHN SILVER, an individual;<br><br>　　　　　　　　　　　Plaintiff,<br>　vs.<br><br>CITY OF RENO ex rel RENO POLICE DEPARTMENT; KATHRYN NANCE, an individual and in her official capacity; ANTHONY ELGES, an individual and in his official capacity; and DOES I-X,<br><br>　　　　　　　　　　　Defendants.<br>_____/ | Case No: 3:24-cv-00315-MMD-CSD<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT (ECF NO. 36)**<br><br>**FIRST REQUEST** |

COME NOW, Plaintiff John Silver and Defendants City of Reno, Reno Police Department, Kathryn Nance, and Anthony Elges, by and through their undersigned attorneys and, pursuant to Rule 6 of the Federal Rules of Civil Procedure and Local Rule 6-1, hereby stipulate to extend the time to Respond to the Defendants Motion for Summary Judgment (ECF. No. 36), filed March 5, 2025. The response is currently due March 26, 2026, and the Parties agree to extend the time to respond by 30 days to enable complete briefing of the Motion to Reopen Discovery (ECF No. 37). This is the first request for extension of time for the response to Defendants' Motion for Summary Judgment (ECF No. 36).

/ / /

/ / /

/ / /

/ / /

Doyle Law Office

Kerry S. Doyle, Esq.
1 East Liberty Street
Suite 600 PMB 673
Reno NV 89501
(775) 525-0889

kerry@rdoylelaw.com

1

With a 30 day extension, the Parties agree that Plaintiff's response to the Motion for Summary Judgment will be due April 27, 2026.

This Stipulation shall be effective upon signing and shall be made an order of this Court.

DATED this 20th day of March, 2026.                    DATED this 20th day of March, 2026.


By: /s Kerry S. Doyle                                  By:    /s Holly Parker
Kerry S. Doyle, Esq.                                   CITY OF RENO
1 East Liberty Street Suite 600 PMB 673                City Attorney's Office
Reno NV 89501                                          Alice K. Herbolsheimer
Nevada State Bar #10866                                Deputy City Attorney
Tel.: 775-525-0889                                     Nevada State Bar #6389
*Attorney for Plaintiff*                               Holly S. Parker
                                                       Deputy City Attorney
                                                       Nevada State Bar #10181
                                                       1 E. 1st Street, 3rd Floor
                                                       Reno, NV 89501
                                                       Tel.: 775-334-2050
                                                       *Attorneys for Defendants*


**ORDER**

IT IS SO ORDERED.

Dated this 23rd day of March, 2026.


_____
UNITED STATES DISTRICT JUDGE

*Doyle Law Office*

Kerry S. Doyle, Esq.
1 East Liberty Street
Suite 600 PMB 673
Reno NV 89501
(775) 525-0889

kerry@rdoylelaw.com