KARL S. HALL
Reno City Attorney
ALICE K. HERBOLSHEIMER
Deputy City Attorney
Nevada State Bar No. 6389
herbolsheimera@reno.gov
HOLLY S. PARKER
Deputy City Attorney
Nevada State Bar No. 10181
parkerh@reno.gov
Post Office Box 1900
Reno, Nevada 89505
(775) 334-2050
*Attorneys for Defendants City of Reno ex rel Reno Police Department, Kathryn Nance, and Anthony Elges*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN SILVER, an individual,<br>Plaintiff,<br>vs.<br>CITY OF RENO ex rel RENO POLICE DEPARTMENT; KATHRYN NANCE, an individual and in her official capacity; ANTHONY ELGES, an individual and in his official capacity; and DOES I-X,<br>Defendants. | CASE NO.: 3:24-cv-00315-MMD-CSD<br><br>**SUPPLEMENTAL STIPULATED PROTECTIVE ORDER** |

Plaintiff John Silver, by and through his undersigned counsel, Kerry S. Doyle, Esq., and Defendants City of Reno, Reno Police Department, Kathryn Nance, and Anthony Elges, by and through their undersigned attorneys (collectively, the "Parties"), hereby agree and stipulate to the entry of a Supplemental Protective Order as follows:

I. Reason for the Order: The parties acknowledge that Kathryn Nance ("Nance") is a party to and has been identified as a witness in this matter. Nance, who is represented in this matter by the Reno City Attorneys, is currently subject to an investigation purportedly being conducted pursuant to NRS 289.057 and has also retained individual counsel. Sergeant John Silver ("Silver") wishes to pursue his claims against the City and Nance despite the pendency of the investigation and the Parties desire to reach an agreement that protects Nance's rights while allowing Silver's case to proceed.

II. Confidential Documentation and Information:

A. Limitations on Deposition Inquiry of Kathryn Nance. During the continued deposition of Nance, counsel shall not knowingly inquire into, question Nance regarding, or seek testimony concerning: (a) the existence, scope, basis, status, conduct, or contents of any investigation purportedly conducted pursuant to NRS 289.057 involving Nance, whether past, present, or future; (b) any communications, documents, or information relating to any such investigation or the allegations underlying it; or (c) the current status of Nance's employment with the Reno Police Department, including her termination or any other personnel actions.

To the extent questioning seeks to elicit testimony concerning any of these prohibited subjects, counsel for Nance may object and instruct Nance not to answer. The Parties agree that no Party shall seek to compel an answer to any such question or argue that Nance's refusal to answer pursuant to this stipulation supports any adverse inference.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Reno City Attorney
P.O. Box 1900
Reno, NV 89505

B. The Parties further agree that Nance's private counsel, Alanna Bondy, shall have the right to designate portions of the transcript of Nance's deposition CONFIDENTIAL pursuant to the Stipulated Protective Order (ECF No. 17) and subject to the procedures therein.

This Stipulation shall be effective upon signing and shall be made an order of this Court.

DATED this 18th day of August, 2026.

By: /s Kerry S. Doyle
Kerry S. Doyle, Esq.
1 East Liberty Street
Suite 600 PMB 673
Reno NV 89501
Nevada State Bar #10866
Tel.: 775-525-0889
*Attorney for Plaintiff*

DATED this 18th day of August, 2026.

By: /s Alice K. Herbolsheimer
CITY OF RENO
City Attorney's Office
Alice K. Herbolsheimer
Deputy City Attorney
Nevada State Bar #6389
Holly S. Parker
Deputy City Attorney
Nevada State Bar #10181
1 E. 1st Street, 3rd Floor
Reno, NV 89501
Tel.: 775-334-2050
*Attorneys for Defendants*

**ORDER**

The matter of this Supplemental Stipulated Protective Order having come before this Court by stipulation of the parties and for good cause being shown therein:

IT IS SO ORDERED.

Dated this 19th day of August, 2026.

UNITED STATES MAGISTRATE JUDGE