**UNITED STATES DISTRICT COURT**

**IN AND FOR THE STATE OF NEVADA**

JOHN SILVER, an individual;

Plaintiff,

vs.

CITY OF RENO ex rel RENO POLICE DEPARTMENT; KATHRYN NANCE, an individual and in her official capacity; ANTHONY ELGES, an individual and in his official capacity; and DOES I-X,

Defendants.

______________________________________/

Case No: 3:24-cv-00315-MMD-CSD

**STIPULATION TO EXTEND DISPOSITIVE MOTION DEADLINE**

**(Third Request)**

COME NOW, Plaintiff John Silver and Defendants City of Reno, Reno Police Department, Kathryn Nance, and Anthony Elges, by and through their undersigned attorneys and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 6-1 and hereby stipulate to extend the deadline for filing dispositive motions set forth in the Stipulation to Extend Dispositive Motion Deadline – Second Request (ECF No. 52). Dispositive motions are currently due November 18, 2026. The parties seek to extend that time by nineteen days to December 7, 2026.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Doyle Law Office

Kerry S. Doyle, Esq.
1 East Liberty Street
Suite 600 PMB 673
Reno NV 89501
(775) 525-0889

kerry@rdoylelaw.com

Good cause for this extension exists as the extension of time is necessary to allow Plaintiff's counsel to travel to assist her parents during her father's hospitalization.

DATED this 18th day of November, 2026.

By: /s Kerry S. Doyle
Kerry S. Doyle, Esq.
1 East Liberty Street Suite 600 PMB 673
Reno NV 89501
Nevada State Bar #10866
Tel.: 775-525-0889
*Attorney for Plaintiff*

DATED this 18th day of November, 2026.

By: /s Holly S. Parker
CITY OF RENO
City Attorney's Office
Alice K. Herbolsheimer
Deputy City Attorney
Nevada State Bar #6389
Holly S. Parker
Deputy City Attorney
Nevada State Bar #10181
1 E. 1st Street, 3rd Floor
Reno, NV 89501
Tel.: 775-334-2050
*Attorneys for Defendants*

**ORDER**

The matter of this Motion having come before this Court by stipulation of the parties and for good cause being shown therein:

IT IS SO ORDERED.

Dated this 18th day of November, 2026.

UNITED STATES MAGISTRATE JUDGE

Doyle Law Office

Kerry S. Doyle, Esq.
1 East Liberty Street
Suite 600 PMB 673
Reno NV 89501
(775) 525-0889

kerry@rdoylelaw.com